UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 16-017520
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC

Order Filed on April 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| IN RE:<br><br>DANIELLE CHRISTY AKA DANIELLE JAWORSKY,<br>DEBTOR | CASE NO.: 17-15834-ABA<br><br>HEARING DATE: MARCH 20, 2018<br><br>JUDGE: HONORABLE Andrew B. Altenburg, Jr. |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: April 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for NATIONSTAR MORTGAGE LLC upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make payments on his mortgage and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.  As of the date of filing the underlying Motion to Vacate Stay (ECF Doc.: 25), Debtor was delinquent in post-petition payment obligation to secured creditor.

2.  As of the date of entry of this Order, Debtor brought this account with Secured Creditor current through the month of March 1, 2018.

3.  Starting April 1, 2018, Debtor shall maintain all contractually due payments, which currently amount to $2,083.41

4.  Debtor shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through his/her Chapter 13 Plan of Reorganization. The Trustee shall amend his/her records to reflect same.

5.  If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_/s/ Charles G. Wohlrab_    3-28-18
CHARLES G. WOHLRAB, ESQ.    Date
Attorney for the Secured Creditor

**BILL NASH** _Digitally signed by BILL NASH_
_DN: cn=BILL NASH, o=NASH LAW FIRM, LLC,_
_ou, email=wnash@thenashlawfirm.com, c=US_
_Date: 2018.03.28 12:32:46 -04'00'_

WILLIAM A NASH, ESQ.    Date
Attorney for the Debtor