UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 16-017520
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC

Order Filed on April 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

DANIELLE CHRISTY AKA DANIELLE JAWORSKY,
DEBTOR

CASE NO.: 17-15834-ABA

HEARING DATE: MARCH 20, 2018

JUDGE: HONORABLE Andrew B. Altenburg, Jr.

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: April 2, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Certificate of Notice    Page 2 of 3

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for NATIONSTAR MORTGAGE LLC upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make payments on his mortgage and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. As of the date of filing the underlying Motion to Vacate Stay (ECF Doc.: 25), Debtor was delinquent in post-petition payment obligation to secured creditor.

2. As of the date of entry of this Order, Debtor brought this account with Secured Creditor current through the month of March 1, 2018.

3. Starting April 1, 2018, Debtor shall maintain all contractually due payments, which currently amount to $2,083.41

4. Debtor shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through his/her Chapter 13 Plan of Reorganization. The Trustee shall amend his/her records to reflect same.

5. If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____        3-28-18
CHARLES G. WOHLRAB, ESQ.                Date
Attorney for the Secured Creditor

BILL NASH  *Digitally signed by BILL NASH*
*DN: cn=BILL NASH, o=NASH LAW FIRM, LLC,*
*ou, email=wnash@thenashlawfirm.com, c=US*
*Date: 2018.03.28 12:32:46 -04'00'*
_____        _____
WILLIAM A NASH, ESQ.                    Date
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Danielle Christy  
    Debtor

Case No. 17-15834-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 02, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.  
db            +Danielle Christy,   53 Freedom Road,   Sewell, NJ 08080-1727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:  
       Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William A. Nash    on behalf of Debtor Danielle  Christy wnash@thenashlawfirm.com, areuter@thenashlawfirm.com;jcabaza@thenashlawfirm.com;nashwr66542@notify.bestcase.com  
                                                                                           TOTAL: 6