Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−15834−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Danielle Christy
    aka Danielle Jaworsky
    53 Freedom Road
    Sewell, NJ 08080

Social Security No.:
    xxx−xx−4341

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/29/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 29, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15834-ABA
Danielle Christy                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2            Date Rcvd: May 29, 2019
                         Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.
```
db             +Danielle Christy,    53 Freedom Road,    Sewell, NJ 08080-1727
cr             +Nationstar Mortgage LLC,    Attn: Kawana Buggs VP,    8950 Cypress Water Blvd.,
                 Coppell, TX 75019-4620
516871077       Emergency Physician Associates of S. Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
516722154      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516722157      +Nation Star Mortgage,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
516722158      +National Credit Adjust,    P.o. Box 550,    Hutchinson, KS 67504-0550
516759000      +National Credit Adjusters, LLC,    Attn: Bankruptcy Department,    P.O. Box 3023,
                 Hutchinson, K.S. 67504-3023
516914015      +Nationstar Mortgage LLC,    Bankruptcy Department, PO Box 619094,    Dallas, Texas 75261-9094
516783275      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 00:23:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 00:22:57     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516722153      +EDI: WFNNB.COM May 30 2019 03:43:00      Comenity Bank/vctrssec,    Po Box 182789,
                 Columbus, OH 43218-2789
516821329       EDI: MERRICKBANK.COM May 30 2019 03:43:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
516909883      +EDI: MID8.COM May 30 2019 03:48:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516722155      +EDI: MERRICKBANK.COM May 30 2019 03:43:00      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
516722156      +EDI: MID8.COM May 30 2019 03:48:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
516930068       EDI: Q3G.COM May 30 2019 03:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
516722159      +EDI: SWCR.COM May 30 2019 03:48:00      Southwest Credit Syste,    4120 International Parkway,
                 Carrollton, TX 75007-1958
516722161       EDI: TFSR.COM May 30 2019 03:38:00      Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054
516722160      +EDI: WTRRNBANK.COM May 30 2019 03:43:00      Target/td,    Po Box 673,
                 Minneapolis, MN 55440-0673
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 29, 2019
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   Toyota Lease Trust kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William A. Nash    on behalf of Debtor Danielle  Christy wnash@thenashlawfirm.com,
           areuter@thenashlawfirm.com;jcabaza@thenashlawfirm.com;nashwr66542@notify.bestcase.com
          TOTAL: 8