| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>_____<br>Charles G. Wohlrab, Esquire<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Charles G. Wohlrab, Esq. 016592012<br>CXE 16-017520<br>ATTORNEYS FOR NATIONSTAR MORTGAGE LLC | |
|---|---|
| IN RE:<br><br>DANIELLE CHRISTY AKA DANIELLE JAWORSKY, DEBTOR | CASE NO.: 17-15834-ABA<br><br>JUDGE: HONORABLE ANDREW B. ALTENBURG, JR. |

Order Filed on September 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 10, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Shapiro & DeNardo, LLC, Attorneys for Nationstar Mortgage LLC under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

_____ Land and premises known as **Lot 6 Block 54.07 f/k/a Lot 6 Block 54.7 Commonly Known as 53 Freedom Road, Sewell (Washington Township), New Jersey 08080**

2. The movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.