Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–15834–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Danielle Christy
 aka Danielle Jaworsky
 53 Freedom Road
 Sewell, NJ 08080

Social Security No.:
 xxx–xx–4341

Employer's Tax I.D. No.:

## NOTICE OF HEARING

 NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:     March 17, 2020
Time:     10:00 AM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*76* – Certification in Opposition to (related document:75 Creditor's Certification of Default (related document:33 Order on Motion For Relief From Stay) filed by Charles G. Wohlrab on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. Objection deadline is 03/2/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by William A. Nash on behalf of Danielle Christy. (Nash, William)

and transact such other business as may properly come before the meeting.


Dated: February 21, 2020
JAN: eag

                                                                                              Jeanne Naughton
                                                                                              Clerk