Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

—————————————————————————————————————————

Case No.:  17−15834−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danielle Christy
   aka Danielle Jaworsky
   53 Freedom Road
   Sewell, NJ 08080
Social Security No.:
   xxx−xx−4341
Employer's Tax I.D. No.:

—————————————————————————————————————————

## NOTICE OF HEARING

        NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B.
Altenburg Jr. on

Date:                    March 17, 2020
Time:                      10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden,
NJ 08101−2067

to consider and act upon the following:

*76* – Certification in Opposition to (related document:75 Creditor's Certification of Default (related document:33
Order on Motion For Relief From Stay) filed by Charles G. Wohlrab on behalf of NATIONSTAR MORTGAGE
LLC D/B/A MR. COOPER. Objection deadline is 03/2/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3
Certificate of Service) filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER) filed by William
A. Nash on behalf of Danielle Christy. (Nash, William)

and transact such other business as may properly come before the meeting.

Dated: February 21, 2020
JAN: eag

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-15834-ABA
Danielle Christy                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1          Date Rcvd: Feb 21, 2020
                           Form ID: 173             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db             +Danielle Christy,   53 Freedom Road,   Sewell, NJ 08080-1727
cr             +Nationstar Mortgage LLC,   Attn: Kawana Buggs VP,   8950 Cypress Water Blvd.,
                Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
          Denise E. Carlon   on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Jeffrey  Rappaport   on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           jrappaport@logs.com,   njbankruptcynotifications@logs.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William A. Nash   on behalf of Debtor Danielle  Christy wnash@thenashlawfirm.com,
           areuter@thenashlawfirm.com;jcabaza@thenashlawfirm.com;nashwr66542@notify.bestcase.com
                                                                                        TOTAL: 9