Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−15834−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danielle Christy
   aka Danielle Jaworsky
   53 Freedom Road
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4341

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/17/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 17, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Danielle Christy  
    Debtor

Case No. 17-15834-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 | Date Rcvd: Jul 17, 2020 |
| | Form ID: 148 | Total Noticed: 21 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2020.

```
db              +Danielle Christy,    53 Freedom Road,    Sewell, NJ 08080-1727
cr              +Nationstar Mortgage LLC,    Attn: Kawana Buggs VP,    8950 Cypress Water Blvd.,
                  Coppell, TX 75019-4620
516871077        Emergency Physician Associates of S. Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
516722154       +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516722157       +Nation Star Mortgage,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
516914015       +Nationstar Mortgage LLC,    Bankruptcy Department, PO Box 619094,    Dallas, Texas 75261-9094
516783275       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2020 02:52:27     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2020 02:52:22     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516722153       +EDI: WFNNB.COM Jul 18 2020 05:38:00      Comenity Bank/vctrssec,    Po Box 182789,
                  Columbus, OH 43218-2789
516821329        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 18 2020 02:55:10     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516909883       +EDI: MID8.COM Jul 18 2020 05:38:00      MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
516722155       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 18 2020 02:55:08     Merrick Bank,
                  Po Box 9201,    Old Bethpage, NY 11804-9001
516722156       +EDI: MID8.COM Jul 18 2020 05:38:00      Midland Funding,    2365 Northside Dr Ste 30,
                  San Diego, CA 92108-2709
516722158       +E-mail/Text: bankruptcy@ncaks.com Jul 18 2020 02:50:35      National Credit Adjust,
                  P.o. Box 550,    Hutchinson, KS 67504-0550
516759000       +E-mail/Text: bankruptcy@ncaks.com Jul 18 2020 02:50:35      National Credit Adjusters, LLC,
                  Attn: Bankruptcy Department,    P.O. Box 3023,    Hutchinson, K.S. 67504-3023
516930068        EDI: Q3G.COM Jul 18 2020 05:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788
516722159       +EDI: SWCR.COM Jul 18 2020 05:43:00      Southwest Credit Syste,    4120 International Parkway,
                  Carrollton, TX 75007-1958
516722161        EDI: TFSR.COM Jul 18 2020 05:38:00      Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                  Parsippany, NJ 07054
516722160       +EDI: WTRRNBANK.COM Jul 18 2020 05:38:00      Target/td,    Po Box 673,
                  Minneapolis, MN 55440-0673
518762026        EDI: BL-BECKET.COM Jul 18 2020 05:43:00      Toyota Lease Trust,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern  PA 19355-0701
                                                                                               TOTAL: 14
```

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               ewassall@logs.com,  njbankruptcynotifications@logs.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Jul 17, 2020
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Elizabeth L. Wassall   on behalf of Creditor   Nationstar Mortgage LLC ewassall@logs.com, njbankruptcynotifications@logs.com
      Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Jeffrey Rappaport   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER jrappaport@logs.com, njbankruptcynotifications@logs.com
      Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
      William A. Nash   on behalf of Debtor Danielle  Christy wnash@thenashlawfirm.com, areuter@thenashlawfirm.com;jcabaza@thenashlawfirm.com;nashwr66542@notify.bestcase.com

                                                                                                             TOTAL: 9