UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William A. Nash, Esquire 036291995
Nash Law Firm, LLC
1001 Melrose Avenue, Suite A
Blackwood, NJ 08012-2706
(856) 228-2206
wnash@thenashlawfirm.com
Attorneys for Debtor Danielle Christy

Order Filed on August 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Danielle Christy

Case No.:    17-15834

Chapter:    13

Judge:    Altenburg

**ORDER ON MOTION TO VACATE DISMISSAL OF CASE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 18, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☑ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____n/a_____ at _____.   Within ten  days of the date of this Order, the Debtor shall file a wage order for payment of Trustee payments.
☐ ORDERED that the motion to vacate order dismissing case is denied.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service.*

*rev.8/1/18*

United States Bankruptcy Court
District of New Jersey

In re:  
Danielle Christy  
    Debtor

Case No. 17-15834-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 18, 2020  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.
db          +Danielle Christy,    53 Freedom Road,    Sewell, NJ 08080-1727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Elizabeth L. Wassall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com, njbankruptcynotifications@logs.com  
       Elizabeth L. Wassall    on behalf of Creditor    Nationstar Mortgage LLC ewassall@logs.com, njbankruptcynotifications@logs.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Jeffrey Rappaport    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER jrappaport@logs.com, njbankruptcynotifications@logs.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William A. Nash    on behalf of Debtor Danielle  Christy wnash@thenashlawfirm.com, areuter@thenashlawfirm.com;jcabaza@thenashlawfirm.com;nashwr66542@notify.bestcase.com  
                                                                                         TOTAL: 9