Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–15834–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danielle Christy
   aka Danielle Jaworsky
   53 Freedom Road
   Sewell, NJ 08080

Social Security No.:
   xxx–xx–4341

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          January 19, 2021
Time:          10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*103* – Certification in Opposition to Certification of Default (related document:102 Creditor's Certification of Default (related document:89 Order (Generic)) filed by Elizabeth L. Wassall on behalf of Nationstar Mortgage LLC. Objection deadline is 01/4/2021. (Attachments: # 1 Proposed Order # 2 Certification # 3 Certification # 4 Exhibit # 5 Certificate of Service) filed by Creditor Nationstar Mortgage LLC) filed by William A. Nash on behalf of Danielle Christy. (Nash, William)

and transact such other business as may properly come before the meeting.


Dated: December 23, 2020
JAN: eag

                                                                    Jeanne Naughton
                                                                    Clerk