Form cscnodsc − ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−15834−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danielle Christy
   aka Danielle Jaworsky
   53 Freedom Road
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4341

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: October 20, 2022
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-15834-ABA |
| Danielle Christy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 20, 2022 | Form ID: cscnodsc | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Christy, 53 Freedom Road, Sewell, NJ 08080-1727 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 20:31:00 | Nationstar Mortgage LLC, Attn: Kawana Buggs VP, 8950 Cypress Water Blvd., Coppell, TX 75019-4620 |
| 516722153 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2022 20:31:00 | Comenity Bank/vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 516871077 | ^ | MEBN | Oct 20 2022 20:29:50 | Emergency Physician Associates of S. Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 516722154 | ^ | MEBN | Oct 20 2022 20:30:31 | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 516821329 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2022 20:43:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516909883 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2022 20:32:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516722155 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2022 20:44:08 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 516722156 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2022 20:32:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 516722157 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 20:31:00 | Nation Star Mortgage, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 516722158 | + | Email/Text: bankruptcy@ncaks.com | Oct 20 2022 20:31:00 | National Credit Adjust, P.o. Box 550, Hutchinson, KS 67504-0550 |
| 516759000 | + | Email/Text: bankruptcy@ncaks.com | Oct 20 2022 20:31:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, K.S. 67504-3023 |
| 516914015 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 20:31:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619094, Dallas, Texas 75261-9094 |
| 516930068 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 20 2022 20:32:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516722159 | + | Email/Text: bankruptcy@sw-credit.com | Oct 20 2022 20:32:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 516722161 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2022 20:31:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 516722160 | + | Email/Text: bncmail@w-legal.com | Oct 20 2022 20:31:00 | Target/td, Po Box 673, Minneapolis, MN 55440-0673 |
| 516783275 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 20 2022 20:31:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518762026 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2022 20:44:19 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519674874 | *+ | Danielle Christy, 53 Freedom Road, Sewell, NJ 08080-1727 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey Rappaport | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER jrappaport@logs.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Oct 20, 2022 | Form ID: cscnodsc | Total Noticed: 21

njbankruptcynotifications@logs.com

Kevin Gordon McDonald
on behalf of Creditor Toyota Lease Trust kmcdonald@blankrome.com  bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William A. Nash
on behalf of Debtor Danielle Christy wnash@thenashlawfirm.com
areuter@thenashlawfirm.com;akite@thenashlawfirm.com;nashwr66542@notify.bestcase.com

TOTAL: 9